AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Marcos Sanchez Hernandez<br>a.k.a. "Marcos Hernandez Sanchez,"<br>a.k.a. "Markito," a.k.a. "Marquito,"<br>*Defendant(s)* | )<br>)<br>) Case No. 1:12-MJ-505<br>)<br>)<br>) |

AUG – 6 2012

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **2005 to July 28, 2012** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 2421 | In and around 2005 to on or about July 28, 2012, in the Eastern District of Virginia and elsewhere, the defendant, Marcos Sanchez Hernandez, knowingly combined, conspired, and agreed with others known and unknown, to commit an offense against the United States, namely, to transport an individual in interstate commerce with the intent that such individual engage in prostitution and sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Sections 371 and 2421. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
SAUSA Michael J. Frank

*Complainant's signature*

Special Agent Brendan M. Shelley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/06/2012

City and state: Alexandria, VA

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

The Honorable John F. Anderson
U.S. Magistrate Judge
*Printed name and title*