AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:12cr437 |
| | ) | | |
| Marcos Sanchez-Hernandez | ) | | |
| *Defendant* | ) | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/15/2012

*Defendant's signature*

*Signature of defendant's attorney*

Jonathan Simms, Esq.
*Printed name of defendant's attorney*

/s/

Gerald Bruce Lee
United States District Judge
*Judge's signature*

The Honorable Gerald Bruce Lee
*Judge's printed name and title*