IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

OCT 15 2012

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. )   CRIMINAL NO. 1:12cr437
)
MARCOS SANCHEZ HERNANDEZ, )
    a/k/a "Markito," )
    a/k/a "Marquito," )
)
       Defendant. )

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following facts beyond a reasonable doubt:

1.    The defendant, Marcos Sanchez Hernandez, also known as "Markito" and "Marquito," is a citizen and national of Mexico who is illegally present in the United States.

2.    Between in and around 2005, and in and around July, 2012, in Prince William County, Virginia, within the Eastern District of Virginia, and elsewhere, Sanchez Hernandez, knowingly combined, conspired, confederated and agreed with others to transport individuals in interstate commerce, with the intent that those individuals engage in prostitution.

3.    During the conspiracy, Sanchez Hernandez picked up prostitutes at the Greyhound bus station in Washington, D.C. and transported the prostitutes to an apartment in Maryland, where the prostitutes stayed during the week-long period that they worked for the enterprise.

4.    Prostitutes traveled from New York, New Jersey, Virginia, Maryland, and Washington, D.C., and included mostly foreign nationals.

5.      During the conspiracy, Sanchez Hernandez transported more than 100 prostitutes from Maryland to Virginia for the prostitutes to engage in commercial sex acts.  The prostitutes charged $30 for 15 minutes of vaginal sex.  Sanchez Hernandez received the proceeds, on average $3,600 to $4,000 per week, from the prostitutes and provided this money to the leader of the enterprise.  Sanchez Hernandez was paid a salary for his role in the enterprise.

6.      During the conspiracy, Sanchez Hernandez advertised the prostitution business by handing out business cards at Spanish restaurants, check cashing stores, construction sites and day laborer sites.

7.      In or about 2010, once the leader of the enterprise left the United States, Sanchez Hernandez provided prostitution proceeds to a coconspirator, knowing that this money would be sent to the enterprise's leader in Mexico.  Additionally, during this same time period, Sanchez Hernandez served as the leader of the enterprise.

8.      The enterprise trafficked prostitutes from Maryland to Delaware, northern Virginia, Newport News, Virginia Beach and Norfolk.

9.      In and around January and February 2010, Sanchez Hernandez provided three weeks of training to another employee of the prostitution enterprise on topics including: where to drive the prostitutes; how to collect the proceeds of prostitution activity; how to avoid detection by law enforcement; and how to advertise.

10.     The acts described above were done willfully and knowingly and with the specific intent to violate the law, and not by accident, mistake, inadvertence, or other innocent reason.

11.     This Statement of Facts does not contain each and every fact known to the defendant and to the United States concerning the defendant's and others' involvement in the charges set forth in the plea agreement.

2

12.     The Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant regardless of whether the plea agreement is presented to or accepted by a court. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Respectfully submitted,

Neil H. MacBride
United States Attorney

Marc J. Birnbaum
Special Assistant U.S. Attorney (LT)

Michael Frank
Assistant United States Attorney

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Marcos Sanchez Hernandez, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Marcos Sanchez Hernandez
Defendant

I am Marcos Sanchez Hernandez's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Jonathan Simms, Esq.
Attorney for Marcos Sanchez Hernandez

4